UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<small>NDREW</small> G<small>ROSJEAN AND</small> G<small>LENDA</small>
G<small>ROSJEAN</small>,

      P<small>LAINTIFFS</small>,

      C<small>ASE</small> N<small>O</small>.  05-74338

v.

      H<small>ONORABLE</small> A<small>RTHUR</small> J. T<small>ARNOW</small>
S<small>HARON</small> B<small>OMMARITO</small> *<small>ET AL</small>.*,      U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>

      D<small>EFENDANTS</small>.

      /

## JUDGMENT

In accordance with the Order entered on this day,  August 2, 2007

**IT IS ORDERED AND ADJUDGED** that this case shall be **DISMISSED.**

Dated at Detroit, Michigan, this   2nd   day of  August , 2007.

      **DAVID J. WEAVER**
      **CLERK OF THE COURT**

      **S/Theresa E. Taylor**
      **Deputy Clerk**

**Approved:**

S/ARTHUR J. TARNOW
**ARTHUR J. TARNOW**
**UNITED STATES DISTRICT JUDGE**