UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW GROSJEAN AND GLENDA GROSJEAN,

    PLAINTIFFS,

v.

SHARON BOMMARITO *ET AL.*,

    DEFENDANTS.

CASE NO. 05-74338

HONORABLE ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

/

## JUDGMENT

In accordance with the Order entered on this day,   August 2, 2007

**IT IS ORDERED AND ADJUDGED** that this case shall be **DISMISSED.**

Dated at Detroit, Michigan, this   2nd   day of August, 2007.

    **DAVID J. WEAVER**
    **CLERK OF THE COURT**

        S/Theresa E. Taylor
        **Deputy Clerk**

**Approved:**

S/ARTHUR J. TARNOW
**ARTHUR J. TARNOW**
**UNITED STATES DISTRICT JUDGE**